## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VONS A. HENRY, SR.             CASE NO. 15-11486; SEC B
      GESELLE CROCKETT HENRY       CHAPTER 13

### OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN

NOW INTO COURT, through undersigned counsel, comes NATIONSTAR MORTGAGE LLC ("Creditor"), a secured creditor in the above entitled and numbered case, who respectfully represents as follows:

1.

Creditor is a secured creditor in the above entitled case by virtue of its holding a note secured by a mortgage affecting certain property located in Slidell, Louisiana. The note and mortgage is payable in monthly installments, and the property affected by the mortgage is the home of Debtors. The maturity date on the note is February 1, 2018.

2.

At the time of filing this case on June 15, 2015, Debtors owed Creditor a total secured claim of $36,461.96 itemized as follows:

| Total Debt | |
|---|---|
| Principal Balance | $36,214.13 |
| Interest | $247.83 |
| Total Debt | $36,461.96 |

3.

The amended plan of the Debtors provides for the total secured claim amount of $36,461.96 to be paid to Creditor at 5.5% interest.

4.

Debtors' property taxes and insurance is being paid by Creditor and is being escrowed at this time. Debtors amended plan provides for the property taxes and insurance to be paid direct by Debtors showing Nationstar Mortgage, LLC as a loss payable beginning April, 2016. The property taxes will become due December 2015. The plan should provide for the property taxes to be paid direct by the debtors beginning December, 2015.

5.

Creditor prays that Debtors pay reasonable attorney's fees incurred in connection with filing this proceeding.

6.

For the foregoing reason, Creditor objects to the confirmation of the amended plan proposed by the Debtors.

WHEREFORE, CREDITOR PRAYS that confirmation of the Amended Chapter 13 plan proposed by the Debtors herein be denied by the Court.

DEAN MORRIS, L.L.P.
1820 Avenue of America
P. O. Box 15270
Monroe, LA 71207-5270
(318) 388-1440

/S/ Jason R. Smith
ATTORNEY FOR CREDITOR

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE: VONS A. HENRY, SR.                    CASE NO. 15-11486
      GESELLE CROCKETT HENRY          CHAPTER 13

## CERTIFICATE OF SERVICE

      I, Jason  R. Smith, hereby certify that I have notified the following interested parties of

the Objection to Confirmation of the Amended Chapter 13 Plan filed by NATIONSTAR

MORTGAGE LLC, as reflected on the foregoing notice, to-wit:

Vons A. Henry, Sr.                          S. J. Beaulieu, Jr.
Geselle Crockett Henry                      Trustee
4202 Brook Lane                             433 Metairie Road
Slidell, LA 70460                           Suite 307
                                           Metairie, LA 70005


Thomas H. Gray                              Office of the U.S. Trustee
Attorney at Law                             400 Poydras Street
113 Doubloon Drive                          Suite 2110, Texaco Center
Slidell, LA 70461                           New Orleans, LA 70130


by mailing this notice and a copy of the Objection to Confirmation of Amended Chapter 13 Plan

filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this

the 7th day of October, 2015.

                DEAN MORRIS, L.L.P.
                1820 Avenue of America
                P. O. Box 15270
                Monroe, LA  71207-5270
                (318) 388-1440

                /S/ Jason R. Smith
                ATTORNEY FOR CREDITOR