# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VONS A HENRY, SR. | CASE NO. 15-11486; SEC B |
| GESELLE CROCKETT HENRY | CHAPTER 13 |

### EX-PARTE MOTION TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

NOW INTO COURT, through undersigned counsel comes NATIONSTAR MORTGAGE LLC ("Creditor"), who respectfully represents as follows:

1.

Creditor has filed an Objection to Confirmation of Chapter 13 Plan, which is scheduled to come on for hearing on November 4, 2015 at 10:35 AM. The Amended Plan filed on November 3, 2015 has cured the Objection to Confirmation of Chapter 13 Plan.

2.

Creditor desires to withdraw the above motion without prejudice.

**WHEREFORE, MOVER PRAYS** that the Objection to Confirmation of Chapter 13 Plan in the above entitled and numbered case be withdrawn without prejudice.

DEAN MORRIS, L.L.P.
1820 Avenue of America
P. O. Box 15270
Monroe, LA 71207-5270
(318) 388-1440

/S/ Jason R. Smith
ATTORNEY FOR CREDITOR

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VONS A HENRY, SR.           CASE NO. 15-11486; SEC B
      GESELLE CROCKETT HENRY     CHAPTER 13

## CERTIFICATE OF SERVICE

I, Jason R. Smith, hereby certify that I have notified the following interested parties of the Ex-Parte Motion to Withdraw Objection to Confirmation of Chapter 13 Plan filed by NATIONSTAR MORTGAGE LLC, as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Vons A. Henry, Sr.<br>Geselle Crockett Henry<br>4202 Brook Lane<br>Slidell, LA 70460 | S. J. Beaulieu, Jr.<br>Trustee<br>433 Metairie Road<br>Metairie, LA 70005 |
| Thomas H. Gray<br>Attorney at Law<br>113 Doubloon Drive<br>Slidell, LA 70461 | Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130 |

by mailing this notice and a copy of the Ex-Parte Motion to Withdraw Objection to Confirmation of Chapter 13 Plan filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 3rd day of November, 2015.

                                               DEAN MORRIS, L.L.P.
                                               1820 Avenue of America
                                               P. O. Box 15270
                                               Monroe, LA 71207-5270
                                               (318) 388-1440

                                               /S/ Jason R. Smith
                                               ATTORNEY FOR CREDITOR