UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 15-11486 |
| Vons A. Henry | |
| Geselle Crockett Henry | CHAPTER 13 |
| DEBTOR(S) | SECTION B |

OPPOSITION TO MOTION FOR RELIEF

     NOW INTO COURT, comes Debtors, Vons A. Henry and Geselle Crockett Henry, through undersigned counsel, and on suggesting to the Court that Nationstar Mortgage, LLC has moved this Honorable Court to lift stay on the property located at 4202 Brook Lane Slidell, LA 70460. In it's motion filed on June 23, 2017, Nationstar Mortgage, LLC alleges that debtor's are in delinquent with the Trustee.

     Debtors deny that they are delinquent with Trustee.

     Debtors have not abandoned their plan.

     Debtors oppose Nationstar Mortgage, LLC'S motion for relief.

     WHEREFORE, in accordance with 11 U.S.C. 1323(a), the Debtors prays that they be heard on the 19th day of July 2017 to oppose the Motion to Lift Stay.

RESPECTFULLY SUBMITTED:

/s/ Thomas H. Gray
Thomas H. Gray
113 Doubloon Drive
Slidell, LA 70461
(985) 641-8335
Attorney for Debtor(s)

CERTIFICATE OF SERVICE - OPPOSITION TO MOTION TO LIFT STAY

    I hereby certify that on the 12th day of July 2017 a copy of the Opposition to Motion To Lift Stay has been served on Nationstar Mortgage, LLC, through counsel of record, Jason R. Smith, Dean Morris, LLC at 1820 Avenue of America, Monroe, LA 71207-5270 through US mail, postage pre-paid and properly addressed, the Office of the U.S. Trustee at UTPRegion05.NR.ECF@usdoj.gov and to S. J. Beaulieu, Jr. at ecf@ch13no.com through the courts CM/ECF system.

/s/ Thomas H. Gray
Thomas H. Gray